IRMA GROSSMAN, *ET AL.*, PLAINTIFFS-PETITIONERS, v. JEANETTE STUBBS, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Mrs. Irma Grossman, in propria persona.*

*Messrs. Marley, Winkelried & Hillis* for the respondents.

July 3, 1964.

THELMA DOUGHTY, PETITIONER-RESPONDENT, v. TUNG-SOL ELECTRIC, INC., RESPONDENT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Pindar, McElroy, Connell & Foley* and *Mrs. Sonia Napolitano* for the petitioner.

*Mr. Louis C. Jacobson* for the respondent.